Entered on Docket
September 22, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed September 22, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

```
                                  |
In re                             |
                                  |    No. 14-41535
Wilfredo De La Rosa               |
Villasper,                        |
                                  |    Chapter 7
                                  |
         Debtor.                  |
_____|
```

**MEMORANDUM RE DEBTOR'S MOTION TO COMPEL ABANDONMENT OF PROPERTY BY TRUSTEE**

On April 29, 2015, Debtor filed a *Motion to Compel Abandonment of Property by Trustee* (Doc. 24). The Chapter 7 Trustee filed a *Statement of Non-Opposition* on April 30, 2015. Debtor has taken no further action on the *Motion*.

Based on the foregoing and good cause appearing, it is hereby ORDERED THAT:

1

1.) Unless Debtor takes further action in pursuit of the *Motion* by **October 5, 2015,** the court will enter an order denying the *Motion* for failure to prosecute.

**\*END OF ORDER\***

2

Case: 14-41535    Doc# 37    Filed: 09/22/15    Entered: 09/22/15 19:26:52    Page 2 of 3

**COURT SERVICE LIST**

Wilfredo De Le Rosa Villasper
27621 Decatur Way
Hayward, CA 94545

Cheryl L. Sommers
Law Offices of Cheryl L. Sommers
44862 Osgood Rd.
Fremont, CA 94539

Marlene G. Weinstein
1511 M Sycamore Ave. #259
Hercules, CA 94547